WILLIAM J. KEEGAN, Appellant, *v.* WILLIAM F. SEETH, as Executor of JAMES I. ELLIOTT, Deceased, et al., Respondents.

Submitted January 20, 1938; decided March 1, 1938.

*Mortimer Michael* and *Joseph F. Soviero* for appellant.

*Henry C. Frey* and *J. Nash Williams* for William F. Seeth, as executor, respondent.

*Milton Kleitman* for Mary A. M. Elliott, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.